ROBERSON v. ROBERSON

No. 57P84.

Case below: 65 N.C. App. 404.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984.

ROBINSON v. LEFEVER

No. 61P84.

Case below: 66 N.C. App. 202.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 April 1984. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 3 April 1984.

SAMPLE v. MORGAN

No. 116A84.

Case below: 66 N.C. App. 338.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 3 April 1984 as to additional issues.

STANLEY v. RETIREMENT AND HEALTH BENEFITS DIVISION

No. 86P84.

Case below: 66 N.C. App. 122.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 April 1984. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 3 April 1984.

STATE v. BELL

No. 8PA84.

Case below: 65 N.C. App. 234.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 21 March 1984.